IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KIMBERLY T.,                                        No. 3:19-cv-01013-HZ

            Plaintiff,                         ORDER

v.

COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION,

            Defendant.

HERNÁNDEZ, District Judge:

      Plaintiff Kimberly T. brought this action seeking review of the Commissioner's final decision to deny Disability Insurance Benefits. On June 22, 2021, Court reversed the Commissioner's decision and ordered that the case be remanded for additional proceedings. Opinion & Order, ECF 15. Judgment was also entered on June 22, 2021. ECF 16. On May 11, 2022, Plaintiff's counsel received notice of Plaintiff's award for benefits. Pl. Mot. Ex. 2, ECF 20-2.

1 – ORDER

Plaintiff now seeks an award of fees pursuant to 42 U.S.C. § 406(b). Pl. Mot., ECF 20. Defendant has no objection to the request. *Id*. The Court has reviewed the record in the case, the motion, and the supporting materials including the award of benefits, the fee agreement with counsel, and the recitation of counsel's hours and services. Applying the standards set by *Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002), the Court finds the requested fees reasonable.

The Court GRANTS the motion [20] and awards Plaintiff's counsel $13,670.00 in attorney's fees under 42 U.S.C. § 406(b). When issuing the section 406(b) check for payment to Plaintiff's attorney, the Commissioner is directed to subtract $7,670.00 previously received under EAJA and send Plaintiff's attorney the balance of $6,000.00 less any processing fees as allowed by statute. Any amount withheld after all administrative and court attorney's fees are paid should be released to Plaintiff.

IT IS SO ORDERED.

DATED: ____June 9, 2022_____.

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER